UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


BRENDA KAVA, et al,

        Plaintiffs,                       Case No. 1:07-cv-507

v.                                  Hon. Wendell A. Miles

JAMES P. VAN WAGNER, D.O.; et al,

        Defendants.

_____/

**ORDER GRANTING DEFENDANTS' JOINT MOTION FOR
ADJOURNMENT OF CASE MANAGEMENT DATES**

Pending before the court is Defendants' Joint Motion for Adjournment of Case

Management Dates (docket no. 68).  Upon due consideration, the motion is GRANTED and the Case

Management Order dates are amended as follows:

    1.  The discovery deadline is extended to **December 1, 2008.**

    2.  The dispositive motion deadline is extended to **January 2, 2009.**

    3.  Voluntary facilitative mediation shall take place during the month of **February**

**2009.**

    4.  The Final Pretrial Conference, previously scheduled for December 15, 2008 at

2:30 p.m. is RESCHEDULED to **Monday, March 16, 2009, at 2:00 p.m.** before Judge Miles.

    5.  Jury Trial, previously scheduled to begin January 12, 2009 at 9:30 a.m., is

RESCHEDULED to commence **Monday, April 13, 2009 at 9:30 a.m.**

1

Counsel shall prepare for trial as outlined in the court's original Case Management

Order.

IT IS SO ORDERED.


Dated:  August 28, 2008                                    /s/ Hugh W. Brenneman, Jr.
                                                          HUGH W. BRENNEMAN, JR.
                                                          United States Magistrate Judge