UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA KAVA and BRADLEY KAVA,

       Plaintiffs,                     Case No. 1:07-CV-507

v.                                        Hon. Wendell A. Miles

JAMES P. VAN WAGNER, D.O., MVP
ORTHOPEDICS & SPORTS MEDICINE, and
MICHAEL J. PETERS, II, D.O.,

       Defendants.
_____/

**ORDER**

       The United States having filed its Motion to Intervene (docket no. 73), and the motion being unopposed, IT IS HEREBY ORDERED that:

       The United States of America is hereby permitted to intervene as party plaintiff in this action. The United States' proposed Complaint in intervention, attached to its Motion to Intervene as Exhibit 1, is hereby accepted for filing.

Dated: October 15, 2008                       /s/ Hugh W. Brenneman, Jr.
                                                     HUGH W. BRENNEMAN, JR.
                                                     United States Magistrate Judge