UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA KAVA, et al,

       Plaintiffs,                          Case No. 1:07-CV-507

v.                                            Hon. Wendell A. Miles

JAMES P. VAN WAGNER, D.O.,
et al,

       Defendants.
_____/

**ORDER GRANTING MOTION FOR LEAVE
TO SCHEDULE PSYCHOLOGICAL TEST**

Pending before the court is Defendant Peters' Motion for Leave to Schedule Psychological Test (docket no. 95) which has been referred to the undersigned for disposition. Plaintiffs have filed with the court this date a notice indicating they do not oppose the motion. Accordingly, Defendant Peters' Motion for Leave to Schedule Psychological Test is GRANTED pursuant to the agreement of the parties that an MMPI and clinical interview by Dr. Gasparrini be conducted, and that the revised testing date is January 14, 2009 at 1:00 p.m. at 2472 Pass Road, Biloxi, Mississippi.

The motion hearing scheduled for December 22, 2008 at 2:00 p.m. is CANCELLED. Defendant Peters' Motion to Compel Discovery (docket no. 99) remains scheduled for this time.

IT IS SO ORDERED.

Dated: December 11, 2008                    /s/ Hugh W. Brenneman, Jr.
                                                       HUGH W. BRENNEMAN, JR.
                                                       United States Magistrate Judge