UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA KAVA and
BRADLEY KAVA,

    Plaintiffs,

v

JAMES P. VAN WAGNER, D.O.;
MVP ORTHOPEDICS & SPORTS
MEDICINE and MICHAEL J. PETERS,
II, D.O.

    Defendants.

Case No. 1:07CV0507
HON. WENDELL A. MILES

---

Bruce M. Bieneman (P10789)
Attorney for Plaintiffs
LAW OFFICES OF BRUCE M. BIENEMAN
660 Cascade West Parkway, Suite 220
Grand Rapids, MI 49546
616.464/3497

Brian J. Kilbane (P37134)
Smith Haughey Rice & Roegge
Attorneys for Defendants Van Wagner
and MVP Orthopedics
250 Monroe Avenue, N.W.
200 Calder Plaza Building
Grand Rapids, MI 49503-2251
616.774.8000

Mark A. Burnheimer (P37375)
Joseph T. Van Horn (P66490)
BURNHEIMER + COMPANY, P.C.
Attorneys for Defendant Michael
J. Peters, II, D.O.
440 West Front at Oak Street
Traverse City, MI 49684
231.946.6200

---

## STIPULATED ORDER RE: DEFENDANT PETERS' MOTION TO COMPEL DISCOVERY

With regard to Defendant Michael J. Peters, II, D.O.'s Motion to Compel Discovery, the Court has been advised that the parties have stipulated to the following Order pursuant to that Motion:

Plaintiff shall provide by January 30, 2009 a full and complete answer to

Interrogatory No. 2 of Defendant Peters' Ninth Interrogatories to Plaintiff Brenda Kava. This shall include a detailed calculation of each element. With regard to medical bills, the response shall include detail on exactly which bills Plaintiff claims were caused by Defendant Peters' negligence, which of these have been paid by a third party, which have been paid out of pocket, and which have not been paid. All supporting documents shall also be produced pursuant to Defendant Peters' First Request for Production of Documents and Things to Plaintiff. The hearing scheduled for 1/6/2009 is cancelled.

IT IS SO ORDERED.

Dated:  January 5, 2009            /s/ Hugh W. Brenneman, Jr.
                                   HUGH W. BRENNEMAN, JR.
                                   United States Magistrate Judge